≜AO 245I (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense
Sheet 1

Case 2:11-mj-00217-VCF   Document 27   Filed 06/21/12   Page 1 of 2

FILED / RECEIVED
ENTERED / SERVED ON
COUNSEL/PARTIES OF RECORD

June 21, 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## District of Nevada

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>RICHARD E. JORDAN | **AMENDED Judgment in a Criminal Case**<br>(For a Petty Offense)<br><br>Case No.   2:11-mj-217-VCF<br>USM No. |

Date of Original Sentencing: July 20, 2011

                                                        Derrick Penney, Retained
                                                         Defendant's Attorney

**THE DEFENDANT:**

X   **THE DEFENDANT** pleaded      X guilty   ☐ nolo contendere to count(s)   One of the Complaint filed March 30, 2011

☐   **THE DEFENDANT** was found guilty on count(s) _____

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 36 CFR § 4.23(a)(1) | Operating a Motor Vehicle Under the Influence of Alcohol | 09/03/2010 | One |

      The defendant is sentenced as provided in pages 2 through   2   of this judgment.

☐   **THE DEFENDANT** was found not guilty on count(s) _____

X   Count(s)   Two and Three     ☐ is    X are   dismissed on the motion of the United States.

      It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Last Four Digits of Defendant's Soc. Sec. No.:  6466 | May 29, 2012<br>Date of Imposition of Judgment |
| Defendant's Year of Birth:  1963 | *(signature)*<br>Signature of Judge |
| City and State of Defendant's Residence:<br>Henderson, Nevada  89002 | CAM FERENBACH, United States Magistrate Judge<br>Name and Title of Judge |
| | June 21, 2012<br>Date |

DEFENDANT: RICHARD E. JORDAN
CASE NUMBER: 2:11-mj-217-VCF

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

Credit for time served in lieu of paying balance of fine in the amount of $210.00

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL